UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.171.112.233,<br><br>           Defendant. | Case No.: 2:20-cv-04553-TJH-SPx<br><br>**PROTECTIVE ORDER AND ORDER SEALING DOCUMENTS [17]** |

**THIS MATTER** was opened to the Court by Lincoln D. Bandlow, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), and by Steven Vondran, Esq., on behalf of Defendant John Doe subscriber assigned IP address 76.171.112.233 ("Doe"), as a joint stipulation for the entry of a consent protective order pursuant to Fed. R. Civ. P. 26(c) and for entry of an order sealing documents pursuant to Local Rule 79-5 *et seq.*; the Court having considered the parties' written submissions in connection with the request pursuant to Federal Rule of Civil Procedure 78, and for good cause shown:

**IT IS** on this 21st day of October , 2020,

    1.    **ORDERED** that the Clerk of the Court shall maintain the caption of this matter as "Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 76.171.112.233" through all stages of the proceeding;

1

PROTECTIVE ORDER AND ORDER SEALING DOCUMENTS

Case No. 2:20-cv-04553-TJH-SP

2. **IT IS FURTHER ORDERED** that Defendant may continue to litigate this matter pseudonymously as "John Doe" unless and until this Court orders otherwise;

3. **IT IS FUTHER ORDERED** that Plaintiff shall not publicly disclose to any third party any information identifying the Defendant and/or any person associated with the defendant, tenants, guests, members of their household, including but not limited to disclosing or divulging any alleged social media or other evidence of any alleged BitTorrent activity, absent express permission by this Court;

4. **IT IS FURTHER ORDERED** that all documents identifying the Defendant and/or any person associated with the Defendant, including alleged social media and other evidence of alleged BitTorrent activity, shall only be filed on the public docket in redacted form (ensuring that known personally identifiable information is not disclosed), with unredacted versions filed under seal;

5. **IT IS FURTHER ORDERED** that Plaintiff may file its unredacted First Amended Complaint and unredacted return of service under seal;

6. **IT IS FURTHER ORDERED** to the extent any party in this action needs to file any pleadings or documents in this matter that contain Defendant's name or other identifying information, such pleadings or documents are to be filed first on the public docket with such name or other identifying information redacted and then an unredacted version of any such pleading or document is to be filed under seal.

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

2

PROTECTIVE ORDER AND ORDER SEALING DOCUMENTS

Case No. 2:20-cv-04553-TJH-SP